IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| VS.  ) | No. 05-1055-T/An |
| ) | |
| JONATHAN WAYNE PICKETT,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Defendant Jonathan Wayne Pickett filed a *pro se* motion pursuant to 28 U.S.C. § 2255. On October 24, 2005, the Clerk of Court received and filed defendant's motion to voluntarily dismiss his § 2255 proceeding.

Defendant's motion is GRANTED. This case is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is directed to prepare a judgment accordingly.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_25 October 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-27-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01055 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Jonathan Wayne Pickett
USP McCreary
19060-076
P.O. Box 3000
Pine Knot, KY 42635

USA
,

Honorable James Todd
US DISTRICT COURT