



# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

v.

JONATHAN WAYNE PICKETT

CASE NUMBER: 05-1055-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/27/05, the defendant's motion for voluntarily dismissal of his case is GRANTED and this case is hereby DISMISSED.

APPROVED:

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

10/31/2005
DATE

BY: ______
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05.

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01055 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

Jonathan Wayne Pickett
USP McCreary
19060-076
P.O. Box 3000
Pine Knot, KY 42635

Honorable James Todd
US DISTRICT COURT